FILE COPY



# Fourth Court of Appeals

## San Antonio, Texas

Thursday, July 25, 2013

No. 04-12-00562-CR

Arthur Todd Maccubbin,
Appellant

v.

The State of Texas,
Appellee

Trial Court Case No. 298509

# O R D E R

The Court has reviewed the record and briefs in this appeal and the majority of the judges have determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on Tuesday, September 10, 2013, to the following panel: Chief Justice Stone, Justice Marion, and Justice Alvarez. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on Thursday, July 25, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this Thursday, July 25, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk